UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTORIA O'CONNOR, | ) |
| | ) |
| Plaintiff, | ) Case No.:  4:21-cv-01097 |
| | ) |
| v. | ) Removed from Circuit Court of |
| | ) St. Charles County, Missouri |
| TARGET CORPORATION, | ) |
| | ) **JURY TRIAL REQUESTED** |
| Defendant. | ) |

## NOTICE OF REMOVAL

COMES NOW Defendant, TARGET CORPORATION, by and through its attorneys, BETH C. BOGGS and BOGGS, AVELLINO, LACH & BOGGS, L.L.C., pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, and for its Notice of Removal, states to the Court as follows:

1.  This action entitled Victoria O'Connor v. Target Corporation was commenced in the Circuit Court of St. Charles County, State of Missouri, on or about July 2, 2021.

2.  The attached Petition was served upon Target Corporation on or about August 4, 2021.

3.  Upon information and belief, Defendant states that Plaintiff is a resident of the State of Missouri, as pled in Plaintiff's Petition, Paragraph 1.

4.  Defendant, Target Corporation, is incorporated in the State of Minnesota and has its principal place of business in the State of Minnesota.  Thus, for purposes of diversity, Defendant is a resident and citizen of the State of Minnesota.

5.  Defendant asserts that complete diversity exists, as Defendant is a citizen of the State of Minnesota and has its principal place of business in the State of Minnesota.  See

28 U.S.C. § 1332(c)(1).

6. This is an action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, in that the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00 and is between citizens of different states. The Plaintiff claims a traumatic brain injury from this event. See Plaintiff's Petition, Paragraph 13.

7. Counsel for the Defendant has reached out to Plaintiff's counsel to determine whether Plaintiff is seeking damages in excess of $75,000.00. Counsel for the Plaintiff has confirmed via e-mail dated September 2, 2021, that Plaintiff is seeking damages in excess of $75,000.00.

8. A copy of all processes, pleadings, orders, records, and proceedings filed in St. Charles County are attached to this Notice of Removal.

9. Defendant has filed this Notice of Removal within 30 days after the service of the Petition from which it was first ascertained that this case was removable.

WHEREFORE, Defendant, TARGET CORPORATION, respectfully requests that this Court acknowledge jurisdiction over this action and allow removal thereto to this Court for determination of all issues involved herein.

**DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully submitted,

TARGET CORPORATION

By: /s/ Beth C. Boggs
Beth C. Boggs, #43089MO
BOGGS, AVELLINO, LACH & BOGGS, L.L.C.
9326 Olive Blvd., Suite 200
St. Louis, MO  63132
(314) 726-2310 Telephone
(314) 726-2360 Facsimile
bboggs@balblawyers.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court, Eastern District of Missouri, by using the Court's CM/ECF Electronic Filing System this 3rd day of September, 2021, with an electronic copy to be served by e-mail upon the following:

Andrew H. Marty, #37158
Evan M. Bettag, #60932
CHASSANIOL & MARTY, LLC
5301 Veterens Memorial Parkway, Suite 201
St. Peters, MO 63376
(636) 486-4861 Telephone
(636) 922-0994 Facsimile
andy@trialstl.com
evan@trialstl.com
**Attorneys for Plaintiff**

_Patricia A. Houk_

Z:\LOK_data\2200\038\Notice of Removal.docx\BCB\tg