**2111-CC00564**

Electronically Filed - St Charles Circuit Div - July 02, 2021 - 11:54 AM

IN THE ELEVENTH JUDICIAL CIRCUIT, STATE OF MISSOURI
CIRCUIT JUDGE DIVISION

| | |
|---|---|
| VICTORIA O'CONNOR, | ) |
| Plaintiff, | ) Cause No.: |
| | ) |
| v. | ) Division: |
| | ) |
| TARGET CORPORATION, | ) **JURY TRIAL DEMANDED** |
| Defendant. | ) |
| Serve at: | ) |
| CT Corporation System | ) |
| 120 South Central Avenue | ) |
| Clayton, MO 63105 | ) |

## PETITION FOR DAMAGES

COMES NOW Plaintiff, Victoria O'Connor, by and through undersigned counsel, and for her Petition for Damages states as follows:

### PARTIES

1. Plaintiff Victoria O'Connor is, and at all relevant times was, a resident of St. Charles County, Missouri.

2. Defendant Target Corporation (hereinafter "Target") is a Minnesota corporation registered with the Missouri Secretary of State to conduct business in this state.

### JURSIDICTION AND VENUE

3. This Court has jurisdiction pursuant to RSMo. §506.500.

4. Venue is proper in this Court pursuant to RSMo. §508.0101, in that Plaintiff was first injured in St. Charles County, Missouri.

### ALLEGATIONS COMMON TO ALL COUNTS

5. At all times mentioned herein, Defendant Target owned, leased, operated, managed, maintained, and/or controlled the premises and property known as Target located at 3881 Mexico Road, St. Charles, Missouri (hereinafter "the Premises").

1

Electronically Filed - St Charles Circuit Div - July 02, 2021 - 11:54 AM

6.  On September 7, 2019, Plaintiff was an invitee of Defendant Target at the Premises.

7.  At that time and place, Plaintiff was moving a piece of carpeting on an overhead shelf.

8.  At that time and place, a portion of the metal shelving detached and struck Plaintiff in the head.

## COUNT I – PREMISES LIABILITY

9.  Plaintiff incorporates and realleges Paragraphs 1 through 8 as if fully restated herein.

10. The shelving unit was assembled in such a manner such that parts could detach and fall and as such the store was not reasonably safe.

11. Defendant Target knew or by using ordinary care could have known of this condition.

12. Defendant Target failed to use ordinary care to remove, barricade, or warn of this condition.

13. As a direct and proximate result of such failure, Plaintiff suffered painful, disabling, and permanent injuries to her head, face, and brain.

14. As a direct and proximate result of the injuries described above, Plaintiff sustained suffering and pain, and her ability to enjoy life is diminished and impaired, all of which will continue into the future.

15. As a direct and proximate result of the injuries described above, Plaintiff has incurred medical expenses to cure or relieve the effects of her injuries.

16. As a direct and proximate result of the injuries described above, Plaintiff will incur future medical expenses to cure or relieve the effects of her injuries.

17. As a direct and proximate result of the injuries described above, Plaintiff has lost, and will lose in the future, income and wages.

Electronically Filed - St Charles Circuit Div - July 02, 2021 - 11:54 AM

WHEREFORE, Plaintiff Victoria O'Connor prays for judgement against Defendant Target Corporation for a sum in excess of Twenty-Five Thousand Dollars ($25,000.00) that will fairly and justly compensate her for her damages, pre-judgment interest, costs incurred, and for such other and further relief as this Court deems just and proper.

## COUNT II – NEGLIGENCE - *RES IPSA LOQUITUR*

18. Plaintiff incorporates and realleges Paragraphs 1 through 8 as if fully restated herein.

19. Defendant Target had control and management of the shelving unit that struck Plaintiff.

20. Metal shelving does not become detached when those in control exercise due care.

21. From the facts of such occurrence and the reasonable inferences therefrom, such occurrence was directly caused by Defendant Target's negligence.

22. As a direct and proximate result of such negligence, Plaintiff suffered painful, disabling, and permanent injuries to her head, face, and brain.

23. As a direct and proximate result of the injuries described above, Plaintiff sustained suffering and pain, and her ability to enjoy life is diminished and impaired, all of which will continue into the future.

24. As a direct and proximate result of the injuries described above, Plaintiff has incurred medical expenses to cure or relieve the effects of her injuries.

25. As a direct and proximate result of the injuries described above, Plaintiff will incur future medical expenses to cure or relieve the effects of her injuries.

26. As a direct and proximate result of the injuries described above, Plaintiff has lost, and will lose in the future, income and wages.

WHEREFORE, Plaintiff Victoria O'Connor prays for judgement against Defendant Target Corporation for a sum in excess of Twenty-Five Thousand Dollars ($25,000.00) that will

Electronically Filed - St Charles Circuit Div - July 02, 2021 - 11:54 AM

fairly and justly compensate her for her damages, pre-judgment interest, costs incurred, and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

CHASSANIOL & MARTY, LLC

_____ /s/ Andrew H. Marty _____
Andrew H. Marty, #37158
Evan M. Bettag, #60932
5301 Veterans Memorial Pkwy, Suite 201
St. Peters, MO 63376
(636) 486-4861
(636) 922-0994 facsimile
andy@trialstl.com
evan@trialstl.com

*Attorneys for Plaintiff*



**IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>MICHAEL JAMES FAGRAS | Case Number: **2111-CC00564** |
| Plaintiff/Petitioner:<br>VICTORIA O'CONNOR | Plaintiff's/Petitioner's Attorney/Address<br>EVAN MICHAEL BETTAG<br>CHASSANIOL & MARTY LLC<br>5301 VETERANS MEMORIAL PKWY<br>SUITE 201<br>SAINT PETERS, MO 63376 |
| vs. | |
| Defendant/Respondent:<br>TARGET CORPORATION | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: TARGET CORPORATION
Alias:

1000 NICOLLET MALL
MINNEAPOLIS, MN 55403

Serve at:
  CT Corporation System
  120 South Central Avenue
  Clayton, MO 63105

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*ST. CHARLES COUNTY*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____7/6/2021_____         _____/S/ Cheryl Crowder_____
           Date                                                      Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
      Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                                    Date                                              Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Charles Circuit Div - August 05, 2021 - 03:57 PM



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL JAMES FAGRAS | Case Number: 2111-CC00564 |
|---|---|
| Plaintiff/Petitioner:<br>VICTORIA O'CONNOR | Plaintiff's/Petitioner's Attorney/Address<br>EVAN MICHAEL BETTAG<br>CHASSANIOL & MARTY LLC<br>5301 VETERANS MEMORIAL PKWY<br>SUITE 201<br>SAINT PETERS, MO 63376 |
| vs. | |
| Defendant/Respondent:<br>TARGET CORPORATION | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: TARGET CORPORATION
Alias:

1000 NICOLLET MALL
MINNEAPOLIS, MN 55403

Serve at:
CT Corporation System
120 South Central Avenue
Clayton, MO 63105

**COURT SEAL OF**

**ST. CHARLES COUNTY**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

| _____7/6/2021_____ | _____/S/ Cheryl Crowder_____ |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _Bonnie Love_ (name) _authorized to accept proces_ (title).

☐ other:

Served at _120 S Central, #400, St. Louis, MO 63105_ (address)

in _St. Louis County_ (County/City of St. Louis), MO, on _8-4-21_ (date) at _12:49 pm_ (time).

_John Frederick_                              _____
Printed Name of Sheriff or Server            Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on _8/5/2021_ (date).

My commission expires: _1/2/2025_ _____
Date                              Notary Public

JAIMIE MANESS
My Commission Expires
01/02/2025
NOTARY SEAL
Jefferson County
Commission # 13400690
NOTARY PUBLIC - STATE OF MISSOURI

Electronically Filed - St Charles Circuit Div - August 05, 2021 - 03:57 PM

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.