UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTORIA O'CONNOR, ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:21-cv-01097 |
| ) | |
| v. ) | Removed from Circuit Court of |
| ) | St. Charles County, Missouri |
| TARGET CORPORATION, ) | |
| ) | **JURY TRIAL REQUESTED** |
| Defendant. ) | |

## NOTICE OF REMOVAL

COMES NOW Defendant, TARGET CORPORATION, by and through its attorneys, BETH C. BOGGS and BOGGS, AVELLINO, LACH & BOGGS, L.L.C., pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, and for its Notice of Removal, states to the Court as follows:

1. This action entitled <u>Victoria O'Connor v. Target Corporation</u> was commenced in the Circuit Court of St. Charles County, State of Missouri, on or about July 2, 2021.

2. The attached Petition was served upon Target Corporation on or about August 4, 2021.

3. Upon information and belief, Defendant states that Plaintiff is a resident of the State of Missouri, as pled in Plaintiff's Petition, Paragraph 1.

4. Defendant, Target Corporation, is incorporated in the State of Minnesota and has its principal place of business in the State of Minnesota.  Thus, for purposes of diversity, Defendant is a resident and citizen of the State of Minnesota.

5. Defendant asserts that complete diversity exists, as Defendant is a citizen of the State of Minnesota and has its principal place of business in the State of Minnesota.  See

28 U.S.C. § 1332(c)(1).

6. This is an action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, in that the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00 and is between citizens of different states. The Plaintiff claims a traumatic brain injury from this event. See Plaintiff's Petition, Paragraph 13.

7. Counsel for the Defendant has reached out to Plaintiff's counsel to determine whether Plaintiff is seeking damages in excess of $75,000.00. Counsel for the Plaintiff has confirmed via e-mail dated September 2, 2021, that Plaintiff is seeking damages in excess of $75,000.00.

8. A copy of all processes, pleadings, orders, records, and proceedings filed in St. Charles County are attached to this Notice of Removal.

9. Defendant has filed this Notice of Removal within 30 days after the service of the Petition from which it was first ascertained that this case was removable.

WHEREFORE, Defendant, TARGET CORPORATION, respectfully requests that this Court acknowledge jurisdiction over this action and allow removal thereto to this Court for determination of all issues involved herein.

**DEFENDANT DEMANDS TRIAL BY JURY**

Respectfully submitted,

TARGET CORPORATION

By: /s/ Beth C. Boggs
Beth C. Boggs, #43089MO
BOGGS, AVELLINO, LACH & BOGGS, L.L.C.
9326 Olive Blvd., Suite 200
St. Louis, MO  63132
(314) 726-2310 Telephone
(314) 726-2360 Facsimile
bboggs@balblawyers.com
**Attorneys for Defendant**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court, Eastern District of Missouri, by using the Court's CM/ECF Electronic Filing System this 3rd day of September, 2021, with an electronic copy to be served by e-mail upon the following:

Andrew H. Marty, #37158
Evan M. Bettag, #60932
CHASSANIOL & MARTY, LLC
5301 Veterens Memorial Parkway, Suite 201
St. Peters, MO 63376
(636) 486-4861 Telephone
(636) 922-0994 Facsimile
andy@trialstl.com
evan@trialstl.com
**Attorneys for Plaintiff**

/s/ Patricia A. Hourk

Z:\LOK_data\2200\038\Notice of Removal.docx\BCB\tg

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTORIA O'CONNOR, | ) |
| | ) |
| Plaintiff, | ) Case No.:  4:21-cv-01097 |
| | ) |
| v. | ) Removed from Circuit Court of |
| | ) St. Charles County, Missouri |
| TARGET CORPORATION, | ) |
| | ) **JURY TRIAL REQUESTED** |
| Defendant. | ) |

## ORIGINAL FILING FORM

**THIS CASE MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐   THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☒   NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Date:  September 3, 2021

/s/ Beth C. Boggs
Signature of Filing Party

Z:\LOK_data\2200\038\Original Filing Form.docx\BCB\tg

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
VICTORIA O'CONNOR

**(b)** County of Residence of First Listed Plaintiff: St. Charles County, MO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Andrew H. Marty, Evan M. Bettag, Chassaniol & Marty, LLC,
5301 Veterans Memorial Pkwy, Ste 201, St. Peters, MO 63376,
(636) 486-4861

## DEFENDANTS
TARGET CORPORATION

County of Residence of First Listed Defendant: State of Minnesota
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Beth C. Boggs, Boggs, Avellino, Lach & Boggs, L.L.C.,
9326 Olive Blvd., Suite 200, St. Louis, MO 63132, (314) 726-2310

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332(c)(1)

Brief description of cause:
Alleged injury on premises of Defendant.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 50,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 09/03/2021
SIGNATURE OF ATTORNEY OF RECORD: /s/ Beth C. Boggs

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE ELEVENTH JUDICIAL CIRCUIT, STATE OF MISSOURI
CIRCUIT JUDGE DIVISION

| | |
|---|---|
| VICTORIA O'CONNOR, <br>     Plaintiff, <br> v. <br> TARGET CORPORATION, <br>     Defendant. <br> Serve at: <br> CT Corporation System <br> 120 South Central Avenue <br> Clayton, MO 63105 | Cause No.: <br><br> Division: <br><br> **JURY TRIAL DEMANDED** |

## PETITION FOR DAMAGES

COMES NOW Plaintiff, Victoria O'Connor, by and through undersigned counsel, and for her Petition for Damages states as follows:

### PARTIES

1. Plaintiff Victoria O'Connor is, and at all relevant times was, a resident of St. Charles County, Missouri.

2. Defendant Target Corporation (hereinafter "Target") is a Minnesota corporation registered with the Missouri Secretary of State to conduct business in this state.

### JURSIDICTION AND VENUE

3. This Court has jurisdiction pursuant to RSMo. §506.500.

4. Venue is proper in this Court pursuant to RSMo. §508.0101, in that Plaintiff was first injured in St. Charles County, Missouri.

### ALLEGATIONS COMMON TO ALL COUNTS

5. At all times mentioned herein, Defendant Target owned, leased, operated, managed, maintained, and/or controlled the premises and property known as Target located at 3881 Mexico Road, St. Charles, Missouri (hereinafter "the Premises").

1

6. On September 7, 2019, Plaintiff was an invitee of Defendant Target at the Premises.

7. At that time and place, Plaintiff was moving a piece of carpeting on an overhead shelf.

8. At that time and place, a portion of the metal shelving detached and struck Plaintiff in the head.

## COUNT I – PREMISES LIABILITY

9. Plaintiff incorporates and realleges Paragraphs 1 through 8 as if fully restated herein.

10. The shelving unit was assembled in such a manner such that parts could detach and fall and as such the store was not reasonably safe.

11. Defendant Target knew or by using ordinary care could have known of this condition.

12. Defendant Target failed to use ordinary care to remove, barricade, or warn of this condition.

13. As a direct and proximate result of such failure, Plaintiff suffered painful, disabling, and permanent injuries to her head, face, and brain.

14. As a direct and proximate result of the injuries described above, Plaintiff sustained suffering and pain, and her ability to enjoy life is diminished and impaired, all of which will continue into the future.

15. As a direct and proximate result of the injuries described above, Plaintiff has incurred medical expenses to cure or relieve the effects of her injuries.

16. As a direct and proximate result of the injuries described above, Plaintiff will incur future medical expenses to cure or relieve the effects of her injuries.

17. As a direct and proximate result of the injuries described above, Plaintiff has lost, and will lose in the future, income and wages.

WHEREFORE, Plaintiff Victoria O'Connor prays for judgement against Defendant Target Corporation for a sum in excess of Twenty-Five Thousand Dollars ($25,000.00) that will fairly and justly compensate her for her damages, pre-judgment interest, costs incurred, and for such other and further relief as this Court deems just and proper.

### COUNT II – NEGLIGENCE - *RES IPSA LOQUITUR*

18. Plaintiff incorporates and realleges Paragraphs 1 through 8 as if fully restated herein.

19. Defendant Target had control and management of the shelving unit that struck Plaintiff.

20. Metal shelving does not become detached when those in control exercise due care.

21. From the facts of such occurrence and the reasonable inferences therefrom, such occurrence was directly caused by Defendant Target's negligence.

22. As a direct and proximate result of such negligence, Plaintiff suffered painful, disabling, and permanent injuries to her head, face, and brain.

23. As a direct and proximate result of the injuries described above, Plaintiff sustained suffering and pain, and her ability to enjoy life is diminished and impaired, all of which will continue into the future.

24. As a direct and proximate result of the injuries described above, Plaintiff has incurred medical expenses to cure or relieve the effects of her injuries.

25. As a direct and proximate result of the injuries described above, Plaintiff will incur future medical expenses to cure or relieve the effects of her injuries.

26. As a direct and proximate result of the injuries described above, Plaintiff has lost, and will lose in the future, income and wages.

WHEREFORE, Plaintiff Victoria O'Connor prays for judgement against Defendant Target Corporation for a sum in excess of Twenty-Five Thousand Dollars ($25,000.00) that will

Electronically Filed - St Charles Circuit Div - July 02, 2021 - 11:54 AM

fairly and justly compensate her for her damages, pre-judgment interest, costs incurred, and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

CHASSANIOL & MARTY, LLC

/s/ Andrew H. Marty
Andrew H. Marty, #37158
Evan M. Bettag, #60932
5301 Veterans Memorial Pkwy, Suite 201
St. Peters, MO 63376
(636) 486-4861
(636) 922-0994 facsimile
andy@trialstl.com
evan@trialstl.com

*Attorneys for Plaintiff*

# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL JAMES FAGRAS | Case Number: 2111-CC00564 |
|---|---|
| Plaintiff/Petitioner:<br>VICTORIA O'CONNOR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>EVAN MICHAEL BETTAG<br>CHASSANIOL & MARTY LLC<br>5301 VETERANS MEMORIAL PKWY<br>SUITE 201<br>SAINT PETERS, MO  63376 |
| Defendant/Respondent:<br>TARGET CORPORATION | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** TARGET CORPORATION
**Alias:**

1000 NICOLLET MALL
MINNEAPOLIS, MN  55403

Serve at:
CT Corporation System
120 South Central Avenue
Clayton, MO 63105

**COURT SEAL OF**

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____7/6/2021_____          _____/S/  Cheryl Crowder_____
         Date                                                                 Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
  Printed Name of Sheriff or Server                                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____          _____
                                                  Date                                         Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - St Charles Circuit Div - August 05, 2021 - 03:57 PM



# IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>MICHAEL JAMES FAGRAS | Case Number: 2111-CC00564 |
|---|---|
| Plaintiff/Petitioner:<br>VICTORIA O'CONNOR<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>EVAN MICHAEL BETTAG<br>CHASSANIOL & MARTY LLC<br>5301 VETERANS MEMORIAL PKWY<br>SUITE 201<br>SAINT PETERS, MO 63376 |
| Defendant/Respondent:<br>TARGET CORPORATION | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** TARGET CORPORATION
**Alias:**
1000 NICOLLET MALL
MINNEAPOLIS, MN 55403

Serve at:
CT Corporation System
120 South Central Avenue
Clayton, MO 63105

**COURT SEAL OF ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____7/6/2021_____     _____/S/ Cheryl Crowder_____
Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_Bonnie Love_ (name) _authorized to accept process_ (title).
☐ other: _____.

Served at _120 S Central, #400, St. Louis MO 63105_ (address)
in _St. Louis County_ (County/City of St. Louis), MO, on _8-4-21_ (date) at _12:49 pm_ (time).

_John Frederick_
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _8/5/2021_ (date).
My commission expires: _1/2/2025_
Date                                         Notary Public

NOTARY SEAL
JAIMIE MANESS
Jefferson County
Commission # 13430690
NOTARY PUBLIC - STATE OF MISSOURI

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-1081      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - St Charles Circuit Div - August 05, 2021 - 03:57 PM

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.